**Order filed, October 20, 2016.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00658-CR

———————

**JERMAINE  EARVIN  JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1444554**

## ORDER

The reporter's record in this case was due October 10, 2016. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Marcia Barnett, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM